UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:03-CR-00249-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS ANDREW MILLS, SR., | ) | |

This matter is before the court on the government's motion for leave to file a response out of time. The motion is ALLOWED. Any response shall be filed on or before 28 March 2013.

This 1 March 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge